# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| STREAMLINE PRODUCTION GROUP, LLC, | ) ) | Case No: 3:23-bk-02638 |
| | ) | Chapter 7 |
| | ) | Judge Walker |
| Debtor. | ) | |
| —————————————————— | ) | |
| | ) | |
| EVA M. LEMEH, TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 3:25-ap-90078 |
| | ) | |
| v. | ) | |
| | ) | |
| FOSTER REALTY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW the Chapter 7 Trustee, through counsel, and files this Notice of Voluntary Dismissal of Adversary Proceeding (the "Notice") pursuant to the terms of the Order Approving Compromise and Settlement entered in this matter, and hereby dismisses all claims and causes of action against the Defendant in the above-captioned matter, with prejudice.

1

Respectfully Submitted,

*/s/ Trent Meriwether*

Phillip G. Young, Jr.
Justin Campbell
Trent Meriwether
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, Tennessee 37067
615.465.6008
phillip@thompsonburton.com
justin@thompsonburton.com
tmeriwether@thompsonburton.com

*Counsel for Trustee*

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on the same day as this filing, a true and correct copy of the foregoing document was served via electronic mail and/or electronic notice through the Court's CM/ECF system on Defendant's counsel

*/s/ Trent Meriwether*
Trent Meriwether